# SEALED

**FILED**
Jul 23, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DANIEL ALVARADO<br><br>                    Defendant. | CASE NO. 1:24-mj-00086-EPG<br><br>**UNDER SEAL**<br><br>ORDER SEALING COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceeding and having applied for the complaint and warrant to remain under seal in order to ensure the safety of the defendant and the government's ongoing investigation,

IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court. Upon the defendant's initial appearance being scheduled, the government is ordered to provide copies of the sealed complaint to defendant's counsel.

Dated: **Jul 23, 2024**

HONORABLE ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE