**FILED**

Jul 30, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL ALVARADO,<br><br>    Defendant. | CASE NO. 1:24-MJ-00086-BAM<br><br>**UNSEALING ORDER** |

In light of defendant's pending appearance on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint and Arrest Warrant for the above-captioned defendant, be UNSEALED.

DATED: July 30, 2024

_Sheila K. Oberto_
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE